Colin CLARKE, Petitioner

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent

Merit Systems Protection Board, Intervenor.

No. 2014–3103.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2015.

Joyce E. Kitchens, Kitchens New Cleghorn LLC, Atlanta, GA, for petitioner.

Tanya Koenig, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by Joyce R.

Branda, Robert E. Kirschman, Jr., Allison Kidd–Miller.

Katrina Lederer, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, for intervenor. Also represented by Bryan G. Polisuk.

Gregory Giaccio, United States Office of Special Counsel, Washington, DC, for amicus curiae United States Office of Special Counsel. Also represented by Carolyn N. Lerner, Eric Bachman, Louis Lopez.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**